```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```



FILED
OCT 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 UNITED STATES OF AMERICA, | ) 2:10-CV-02828-JAM-DAD |
| 12      Plaintiff, | ) **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| 13 v. | ) |
| 14 APPROXIMATELY $50,000.00 IN U.S. CURRENCY, | ) |
| 15      Defendant. | ) |
| 16 | ) |

17   WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been
18 filed on October 19, 2010, in the United States District Court
19 for the Eastern District of California, alleging that the
20 defendant Approximately $50,000.00 in U.S. Currency (hereafter
21 "defendant currency") is subject to forfeiture to the United
22 States pursuant to 21 U.S.C. § 881(a)(6) for one or more
23 violations of 21 U.S.C. §§ 841 *et seq.*;
24   And, the Court being satisfied that, based on the Verified
25 Complaint for Forfeiture *In Rem* and the affidavit of Drug
26 Enforcement Administration Special Agent Dennis F. Hale, there is
27 probable cause to believe that the defendant currency so
28 described constitute property that is subject to forfeiture for

such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: Oct 22, 2010

/s/ Craig M. Kellison
CRAIG M. KELLISON
United States Magistrate Judge