BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:      (916) 554-2720

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $50,000 IN U.S. CURRENCY,<br><br>      Defendant. | Case No.  2:10-cv-02828 JAM DAD<br><br>**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** |

This is an action by plaintiff United States of America for the forfeiture of defendant $50,000 in U.S. Currency.  On December 1, 2010, claimant Nicholas Robert Woody filed a claim to the $50,000 and an answer to the United States' civil forfeiture complaint.  Docket 8.  On April 14, 2011, the United States filed a summary judgment motion.  Docket 15.  The United States argues that: (1) Woody's claim and answer should be stricken because Woody lacks standing to contest forfeiture and because he did not respond to the United States' special interrogatories; and (2) the defendant $50,000 is forfeitable pursuant to 21 U.S.C. § 881(a)(6) because it constitutes moneys furnished or intended to be furnished in exchange for controlled substances and/or proceeds traceable to such exchange.  Docket 15.

PDF created with pdfFactory trial version www.pdffactory.com

Claimant has not responded to the summary judgment motion and the Court took the motion under submission without oral argument.

Based on the argument and undisputed evidence submitted by the United States in support of the motion, and good cause appearing, the Court hereby GRANTS the United States' motion in its entirety.

Accordingly, IT IS HEREBY ORDERED that:

1. Nicholas Robert Woody's claim and answer shall be stricken from the record because Woody lacks Article III standing. Woody has not come forward with any actual evidence to establish that he has a legitimate interest in the defendant $50,000.

2. Woody's claim and answer shall be stricken from the record pursuant to Rule G(8)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions because Woody did not respond to the United States' special interrogatories served pursuant to Supplemental Rule G(6); and

3. Based on the aggregate of undisputed evidence, the United States has met its burden of proving that the $50,000 is forfeitable pursuant to 21 U.S.C. § 881(a)(6).

4. Judgment will be entered in favor of the United States against the defendant $50,000. The United States shall submit an appropriate form of final judgment of forfeiture within 5 court days of the date of entry of this order.

DATED: June 9, 2011_____     /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com