```
BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $50,000.00 IN<br>U.S. CURRENCY,<br><br>         Defendant. | 2:10-CV-02828 JAM DAD<br><br>FINAL JUDGMENT OF FORFEITURE |

The Court finds as follows:

1. This is a civil forfeiture action against Approximately $50,000.00 in U.S. Currency (hereafter "defendant currency") seized on or about April 21, 2010, on Interstate 5 at Wonderland Boulevard, Redding, California.

2. The United States filed a Verified Complaint for Forfeiture *In Rem* ("Complaint") on October 19, 2010, alleging that the defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On or about October 25, 2010, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on October 26, 2010.

1        4.   Beginning on October 27, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration for Publication was filed on November 29, 2010.

         5.   In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

         a.   Markus Emmett Webster
         b.   Nicholas Robert Woody
         c.   John Pichler
         d.   Samantha Pichler

         6.  Claimant Nicholas Robert Woody filed a verified claim to the defendant currency and an answer to the Complaint on December 1, 2010.  No other parties have filed claims or answers in this matter, and the time for filing such claims and answers has expired.

         7.   The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Markus Emmett Webster, John Pichler and Samantha Pichler on February 15, 2011.

         8.   Plaintiff United States moved for summary judgment pursuant to Fed. R. Civ. P. 56.  By order filed on June 10, 2011, the Court granted plaintiff's summary judgment motion.  A copy of the order filed June 10, 2011 is attached hereto as Exhibit A and is incorporated herein by this reference.

      Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimant Nicholas Robert Woody and all other potential claimants who have not filed claims in this action.

2. A final judgment of forfeiture is hereby entered in favor of plaintiff United States of America and against the defendant approximately $50,000.00 in U.S. Currency.

3. All right, title, and interest of Nicholas Robert Woody in the defendant approximately $50,000 in U.S. Currency, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) to be disposed of according to law.

4. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.

5. All parties are to bear their own costs and attorneys' fees.

6. The Court shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 10th day of June, 2011.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge